Florence M. Rainforth, Respondent, v. The City of New York and Others, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Rich, Kelly and Jaycox, JJ.

M. Robert Reilly, Respondent, v. Frances C. McCarthy, as Substituted Trustee under the Last Will and Testament of Catherine Reiley, Deceased, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ., concur.

Herman Schneider, Appellant, v. Thomas A. McKennell, Respondent. — Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Rich, Putnam, Blackmar and Kelly, JJ.

Shevers Ice Cream Company, Inc., Respondent, v. Polar Products Company, Inc., and Others, Appellants, Impleaded with Others, Defendants. — Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Rich, Putnam and Jaycox, JJ., concur.

William E. Silesten, Respondent, v. Regina Candies, Inc., Defendant, and Orient Merchandise Company, Ltd., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Rich, Putnam, Blackmar and Kelly, JJ.

Gladys Roden Skillman, Respondent, v. Arthur J. Skillman, Appellant.— The third and fifth findings of fact and the judgment are reversed, and a new trial granted, on the ground that the judgment is against the weight of the evidence. Jenks, P. J., Rich, Putnam, Blackmar and Kelly, JJ., concur.

George I. Skinner, as Superintendent of Banks of the State of New York, Appellant, v. David A. Sullivan and Others, Defendants, Impleaded with Joseph Michaels, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ., concur.

Hugh T. Smart, Appellant, v. John Milnes & Company, Respondent.— Judgment modified by striking therefrom the words " upon the merits," and as so modified judgment and the order unanimously affirmed, without costs. No opinion. Present — Jenks, P.' J., Rich, Putnam, Blackmar and Kelly, JJ.

Irene Sturrup, Respondent, v. Arthur E. Clayton, Appellant.— Judgment of the County Court of Nassau county reversed, with costs, and judgment of the justice of the peace court affirmed and reinstated upon the ground that the evidence warranted a finding that plaintiff as part of her contract with defendant agreed to attend defendant's wife through her confinement, and that if plaintiff's prior engagement in another case interfered she would have her sister go in her place to defendant's wife; and that she failed to keep her said agreement with defendant. Jenks, P. J., Mills, Blackmar, Kelly and Jaycox,' JJ., concur.